ANNIE A. E. MOFFETT, as Executrix of JAMES MOFFETT, Deceased, Appellant, *v.* HARRIS G. EAMES, as Trustee, Defendant, and GOTTFRIED PIEL, as Executor of HERMANN PETERSEN, Deceased, Respondent.

*Moffett* v. *Piel*, 166 App. Div. 898, appeal dismissed.
(Argued November 15, 1915; decided November 23, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 31, 1914, which affirmed an order of Special Term denying a motion to amend and enforce a judgment theretofore rendered in the action.

The motion was made upon the ground that the order appealed from was not appealable to the Court of Appeals.

*A. P. Jetmore* for motion.

*Edward M. Bliven* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.